# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  MJ21-241 |
| SUBJECT PARCEL bearing delivery confirmation no. 9405509205568340949106, more fully described in Attachment A | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference.

located in the _____ Western _____ District of _____ Washington _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Distribution of Controlled Substances & Unlawful Use of Communication Facility, |
| 21 U.S.C. § 843 | (U.S. Mails) to Distribute Controlled Substances. |

The application is based on these facts:

✓ See Affidavit of Postal Inspector Michael D. Harrold, continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or: ☐ telephonically recorded.

*Applicant's signature*

Michael D. Harrold, U.S. Postal Inspector
*Printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: _____ 04/22/2021 _____

*Judge's signature*

City and state:  Seattle, Washington

Michelle L. Peterson, United States Magistrate Judge
*Printed name and title*

2021R00407

1 | **STATE OF WASHINGTON** )
2 | **COUNTY OF KING** ) **ss**
3 |
4 | **AFFIDAVIT**
5 | I, Michael D. Harrold, being first duly sworn on oath, depose and say:
6 | **BACKGROUND**
7 | 1.   **Affiant Background.** I am a United States Postal Inspector, assigned to
8 | investigate the unlawful transportation of contraband, including Title 21 controlled
9 | substances, through the United States mail.  I have been a Postal Inspector since
10 | December, 2018, and am currently assigned to the Seattle Division Headquarters office,
11 | located in Seattle, Washington.  As part of my duties, I investigate incidents where the
12 | U.S. mail system is used for the purpose of transporting illegal materials, including
13 | controlled substances such as marijuana, cocaine, methamphetamine and heroin, in
14 | violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and substances
15 | mailed in violation of Title 18, United States Code, Section 1716 (injurious articles).  I
16 | completed the Criminal Investigator Training Program (CITP) at the Federal Law
17 | Enforcement Training Center (FLETC) and the Naval Criminal Investigative Service
18 | (NCIS).  From 2011to 2018, I was employed as a Special Agent with NCIS. From 2001
19 | to 2011, I was a Trooper with the Georgia State Patrol (GSP), completing Trooper School
20 | at the Georgia Public Safety Training Center (GPSTC). I was a Police Officer with the
21 | Marietta, GA Police Department from 1999 to 2001, completing basic mandate training
22 | at the Northwest Georgia Law Enforcement Academy. I have received specialized
23 | training in the investigation of controlled substances in the U.S. mails.  I have also
24 | received training on the identification of controlled substances and interdiction of
25 | controlled substances.
26 | 2.   **Duties, Training & Experience.**  As part of my duties, I investigate the
27 | use of the U.S. mails to illegally mail and receive controlled substances, the proceeds of
28 | drug trafficking, as well as other instrumentalities associated with drug trafficking, in

AFFIDAVIT OF INSPECTOR M. D. HARROLD - 1
USAO# 2021R00407 [BEACH SKIN to NTREQUIRE]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession

2  with intent to distribute controlled substances), and 843(b) (unlawful use of a

3  communication facility, including the U.S. mails, to facilitate the distribution of

4  controlled substances and proceeds from the sale thereof).  As set forth below, my

5  training and experience includes identifying parcels with characteristics indicative of

6  criminal activity.  During the course of my employment as a law enforcement officer, I

7  have participated in many criminal investigations involving suspicious parcels and

8  controlled substances.

9         3.      The information contained in this affidavit is based upon knowledge I

10 gained from my investigation, my personal observations, my training and experience, and

11 investigation by other Inspectors, agents, and officers.  Because the purpose of this

12 affidavit is limited to setting forth probable cause to search the SUBJECT PARCEL

13 described below, I have not set forth every fact of which I am aware pertaining to the

14 investigation.

15        4.      Through my training and experience, I am aware that the United States

16 Postal Service (USPS) mail system is often used to transport controlled substances and/or

17 the proceeds from the sales of controlled substances throughout the United States.  I have

18 learned and observed that sometimes drug traffickers put controlled substances and

19 proceeds in the same parcel.  I also know that drug traffickers prefer mail/delivery

20 services such as Express and Priority Mail because of the reliability of these services, as

21 well as the ability to track the article's progress to the intended delivery point.  When a

22 drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes

23 suspicious of any delayed attempt to deliver the item.

24        5.      In addition, I am aware that the USPS Express and Priority Mail services

25 were custom-designed to fit the needs of businesses by providing overnight delivery for

26 time sensitive materials.  Business mailings often contain typewritten labels, are in flat

27 cardboard mailers, and usually weigh less than eight (8) ounces.  In addition, businesses

28

AFFIDAVIT OF INSPECTOR M. D. HARROLD - 2
USAO# 2021R00407 [BEACH SKIN to NTREQUIRE]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     using corporate charge accounts print their account number on the Express and Priority

2     Mail label in order to expedite transactions with USPS.

3         6.     Based on my training and experience concerning the use of Express and

4     Priority Mail for the transportation of controlled substances and/or  proceeds from the

5     sales of controlled substances, I am aware that these parcels usually contain some or all

6     of the following characteristics (which are different than characteristics of parcels being

7     sent by legitimate businesses):

8
9
10
11
12
        a.     Unlike typical Express and Priority Mail business mailings which usually have typed labels, parcels containing controlled substances and/or proceeds often have handwritten address information.  In addition, the address information often contains misspelled words or incomplete/incorrect addresses. This is done in an effort to help conceal the true identities of the individuals involved.

13
14
15
16
        b.     The handwritten label on Express and Priority Mail parcels containing controlled substances and/or proceeds do not contain a business account number and/or credit card number.  This often indicates that the sender likely paid cash.  A credit card or business account number would more likely enable law enforcement officers to connect the parcel to identifiable individuals.

17
18
19
20
        c.     Express and Priority Mail parcels containing controlled substances and/or proceeds are often distinguishable from typical business mailings as they do not bear any advertising on the mailing container/box, and are typically mailed from one individual to another.

21
22
23
        d.     The sender and/or recipient addresses on Express and Priority Mail parcels containing controlled substances and/or proceeds are often either fictitious, or are persons not associated with the addresses listed in USPS or law enforcement databases.

24
25
26
27
28
        e.     The zip codes for the sender addresses on Express and Priority Mail parcels containing controlled substances and/or proceeds are often different from the zip codes of the post offices from where the parcels were mailed.

AFFIDAVIT OF INSPECTOR M. D. HARROLD - 3
USAO# 2021R00407 [BEACH SKIN to NTREQUIRE]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

f.    Express and Priority Mail parcels containing controlled substances and/or proceeds are often heavily taped with tape on the seams of the parcel, in an apparent effort to conceal scent.

g.    Express and Priority Mail parcels containing controlled substances and/or proceeds often include a waiver of signature requirement upon delivery.

7.    Inspectors who encounter a parcel with any or all of the above characteristics often further scrutinize the parcel by, among other tactics, conducting address verifications using law enforcement databases and conducting trained narcotic-detecting canine examinations.

## ITEM TO BE SEARCHED

8.    As set forth in Attachment A, this affidavit is made in support of an application for a search warrant for one USPS Priority Mail parcel, hereinafter referred to as the "SUBJECT PARCEL." This parcel is believed to contain controlled substances or proceeds from the sale of controlled substances. The SUBJECT PARCEL are further described as follows:

## SUBJECT PARCEL

9.    One USPS Priority Mail parcel addressed to "Melissa Ntrequire 2915 288th ST E Roy, WA 98580-8559" with a return address of "Beach Skin 43143 Lancaster blvd Lancaster, CA 93535" This parcel measures approximately 8.6" X 5.4" X 1.75" with a weight of approximately 1 pound, 0 ounces. This parcel is postmarked April 10, 2021, from zip code 93535 and carries $7.27 in postage. The delivery confirmation number is 9405509205568340949106. The parcel is currently located at the USPS Seattle Processing and Distribution Center, 10700 27th Ave. S., Seattle, Washington.

## ITEMS TO BE SEIZED

10.    The application requests that law enforcement officers and agents be authorized to seize the following from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of mailing and distribution of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and

AFFIDAVIT OF INSPECTOR M. D. HARROLD - 4
USAO# 2021R00407 [BEACH SKIN to NTREQUIRE]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

possession with intent to distribute controlled substances) and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances):

      a.    Controlled substances, including, but not limited to, cocaine, crack cocaine, fentanyl, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

      b.    Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

      c.    Controlled substance-related paraphernalia;

      d.    Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

      e.    Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

      f.    Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

## THE INVESTIGATION

11.    On April 19, 2021, the USPS received the SUBJECT PARCEL after it was returned to the USPS by the mail recipient at the listed recipient address. The name listed on the parcel did not receive mail at the address. The SUBJECT PARCEL was identified as suspicious due to being placed in the US Mail in California City, CA but listing a label of Lancaster, CA. The SUBJECT PARCEL was heavily taped. I know through my training and experience that these are tactics commonly used by drug traffickers using the U.S. mails in an attempt to elude detection by law enforcement.

12.    Using USPS and law enforcement databases, I researched the sender address listed on the SUBJECT PARCEL. I learned that the address "43143 Lancaster blvd Lancaster, CA 93535" is not a true and deliverable address. A business named "Beach Skin" was not located in Lancaster, CA.

AFFIDAVIT OF INSPECTOR M. D. HARROLD - 5
USAO# 2021R00407 [BEACH SKIN to NTREQUIRE]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13.     Using USPS and law enforcement databases, I researched the recipient name and address listed on the SUBJECT PARCEL. I learned that the address "2915 288th ST E Roy, WA 98580-8559" is a true and deliverable address. An individual by the name of "Melissa Ntrequire" was not associated to the address. An individual by the name of "Melissa Rilley" was associated to the address. A check of law enforcement databases showed multiple arrests for "Melissa Rilley" for controlled substance violations.

14.     Based upon this information, on April 21, 2020, at approximately 9:50 AM, Inspectors requested the assistance of Officer Kristina Johnson and her canine partner "Remi," a narcotic-detection dog.  Officer Johnson and "Remi" systematically searched a line-up of five parcels, including the SUBJECT PARCEL and four control parcels in an open area at the USPS Seattle Processing and Distribution Center.  Postal Inspectors placed the SUBJECT PARCEL in position #4, outside of the view of Officer Johnson and "Remi."  Upon approaching the SUBJECT PARCEL, "Remi" stopped and took several deep breaths and sat.  When "Remi" sits, it's an indication she could smell the positive odor of narcotics coming from the parcel. K9 Officer Johnson's affidavit describing Remi's training and qualifications is attached to this affidavit and incorporated herein by reference.

## CONCLUSION

15.     Based on the facts set forth in this Affidavit, as well as the attached affidavit (incorporated herein by reference) of Officer Johnson, I believe there is probable cause to conclude that the SUBJECT PARCEL contains controlled substances, currency, documents, or other evidence, more fully identified in Attachment B, that relates to the mailing and distribution of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution  and possession with intent to distribute controlled

//

//

AFFIDAVIT OF INSPECTOR M. D. HARROLD - 6
USAO# 2021R00407 [BEACH SKIN to NTREQUIRE]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

substances) and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances).

_____

MICHAEL D. HARROLD
U.S. Postal Inspector, US Postal Inspection Service


The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by telephone on the 22nd day of April 2021.

_____

MICHELLE L. PETERSON
U.S. MAGISTRATE JUDGE

AFFIDAVIT OF INSPECTOR M. D. HARROLD - 7
USAO# 2021R00407 [BEACH SKIN to NTREQUIRE]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2

**ATTACHMENT A**
Parcel to be searched

3     1.     One USPS Priority Mail parcel addressed to "Melissa Ntrequire 2915 288th

4 ST E Roy, WA 98580-8559" with a return address of "Beach Skin 43143 Lancaster blvd

5 Lancaster, CA 93535" This parcel measures approximately 8.6" X 5.4" X 1.75" with a

6 weight of approximately 1 pound, 0 ounces.  This parcel is postmarked April 10. 2021,

7 from zip code 93535 and carries $7.27 in postage.  The delivery confirmation number is

8 9405509205568340949106.  The parcel is currently located at the USPS Seattle

9 Processing and Distribution Center, 10700 27th Ave. S., Seattle, Washington.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTACHMENT A - 1
PARCEL TO BE SEARCHED
USAO# 2021R00407 [BEACH SKIN to NTREQUIRE]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT B**

Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1), distribution and possession with intent to distribute controlled substances, and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

      a.     Controlled substances, including, but not limited to, cocaine, crack cocaine, fentanyl, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

      b.     Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

      c.     Controlled substance-related paraphernalia;

      d.     Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

      e.     Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

      f.     Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

ATTACHMENT B - 1
ITEMS TO BE SEIZED
USAO# 2021R00407 [BEACH SKIN to NTREQUIRE]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



**U.S. Customs and Border Protection**
**Department of Homeland Security**

**Canine Enforcement Office**
19339 28th Ave. S. Bldg. D
Sea-Tac, WA 98188

# AFFIDAVIT

I, Kristina M. Johnson, am a Canine Officer with U.S. Customs and Border Protection, assigned to the Seattle-Tacoma area. My assigned canine, "REMI" (170178) was initially certified with me on April 18, 2018 after successfully completing U.S. Customs and Border Protection detection Re-Team training. Canine "REMI" was trained to detect the odors of concealed humans, Marijuana, Hashish, Cocaine, Heroin, Methamphetamine, Ecstasy Fentanyl and their derivatives. I and canine "REMI" maintain our annual certification through the Customs and Border Protection regulations. This certification is a comprehensive test designed to measure the ability of the dog and the handler in searching for and indicating the presence of controlled substances. This certification consists of searches administered in different environments with a variety of distractions and is designed to duplicate actual field conditions which may be encountered by the canine team. Canine "REMI" must pass 16 of the 17 controlled finds (15 active and 2 blinds) with equates to a 94% or greater accuracy.

I and canine "REMI" participate in maintenance training, which is no less than 16 hours per month. Ongoing training includes:

- Training in all areas of interdiction, such as vehicles, boats, schools, currency, parcels and mail, airports, bus and bus depots, storage units, residences, motels, apartments, etc.
- Training on various quantities of controlled substances, ranging from grams to pounds.
- Training on controlled negative (blank) testing, in which all objects or locations have no contraband present
- Conflict training, which proofs the dog and prevents her from alerting to common items associated with controlled substances, such as plastic bags, etc. and/or reward objects or toys

1

CBP maintains training records of the on-going training.  All training records and certifications are constantly maintained and up to date and current. The dogs are given a rating at each training day that is maintained for 90 days.

The ratings for each training day are based on unsatisfactory, poor, fair, average, good or excellent performance.  Canine "REMI" has maintained a rating of "Good" over the last 90 days.  Canine "REMI" is trained with a passive response/indication (sit or lay down), with various objects (toys) being her reward.  Canine "REMI" last certification was June 17, 2020.

On April 21, 2021, at approximately 9:50 AM, CBPO K-9 Johnson and K-9 REMI (170178) systematically searched a line-up of five parcels, including one suspect parcel and four control parcels in the CBP office. Postal Inspectors placed the suspect parcel in position #4, outside of the view of Officer Johnson and K9 REMI. Upon approaching the suspect parcel, K-9 "REMI" stopped and took several deep breaths and sat.  When "REMI" sits, it's an indication that she detects the odor of narcotics coming from the parcel. "REMI" alerted to the following suspect parcel:

Tracking #:      9405509205568340949106

Sender:          Beach Skin
                 43143 Lancaster blvd
                 Lancaster, CA 93535

Recipient:       Melissa Ntrequire
                 2915 288th St E
                 Roy, WA 98580

I have been a Canine Officer since October 2008.

I certify under penalty of perjury under the laws of the State of Washington that that the foregoing is true and correct to the best of my knowledge.

Signed _____      Date  21 APRIL 2021

Kristina M. Johnson
Canine Enforcement Officer
U.S. Customs and Border Protection
Seattle, WA
(206) 396-1864 (cell)

2