AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>SUBJECT PARCEL bearing delivery confirmation no.<br>9405509205568340949106, more fully described in Attachment<br>A attached hereto | )<br>)<br>)<br>)   Case No.   MJ21-241<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.  Attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.  Attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any U.S. Magistrate Judge in West. Dist. of Washington___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   04/22/2021 ~~11:45 am~~ 11:54 _____
*Judge's signature*

City and state:   Seattle, Washington _____
Michelle L. Peterson, U.S. Magistrate Judge
*Printed name and title*

2021R00407

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>MJ21-241 | Date and time warrant executed:<br>APR 20, 2021    1:51 PM | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>POSTAL   INSPECTOR F. BEGA | | |

Inventory of the property taken and name of any person(s) seized:

BAG USED TO CONCEAL ITEM  ALONG WITH  57.0 GRAMS  OF SUSPECTED
METHAMPHETAMINE.

N/A

Rec'd
MH

MH

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: APR 20, 2021

_____
Executing officer's signature

MICHAEL HARLOW, US POSTAL INSPECTOR
Printed name and title

**ATTACHMENT A**
Parcel to be searched

1.      One USPS Priority Mail parcel addressed to "Melissa Ntrequire 2915 288th ST E Roy, WA 98580-8559" with a return address of "Beach Skin 43143 Lancaster blvd Lancaster, CA 93535" This parcel measures approximately 8.6" X 5.4" X 1.75" with a weight of approximately 1 pound, 0 ounces.  This parcel is postmarked April 10. 2021, from zip code 93535 and carries $7.27 in postage.  The delivery confirmation number is 9405509205568340949106.  The parcel is currently located at the USPS Seattle Processing and Distribution Center, 10700 27th Ave. S., Seattle, Washington.

ATTACHMENT A - 1
PARCEL TO BE SEARCHED
USAO# 2021R00407 [BEACH SKIN to NTREQUIRE]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B
## Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1), distribution and possession with intent to distribute controlled substances, and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

      a.    Controlled substances, including, but not limited to, cocaine, crack cocaine, fentanyl, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

      b.    Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

      c.    Controlled substance-related paraphernalia;

      d.    Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

      e.    Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

      f.    Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

ATTACHMENT B - 1
ITEMS TO BE SEIZED
USAO# 2021R00407 [BEACH SKIN to NTREQUIRE]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970